UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY SHANAS,<br>Plaintiff,<br>v.<br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>Defendant. | C26-1912 TSZ<br>ORDER |

Counsel having filed a notice of settlement, docket no. 10, stating that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. All remaining dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen, provided such motion is filed within 30 days of the date of this Order.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record. IT IS SO ORDERED.

Dated this 6th day of October, 2026.

Thomas S. Zilly
United States District Judge